ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                           )
                                                      )
Biscayne Contractors, Inc.                            )    ASBCA No. 63865
                                                      )
Under Contract No. N40080-21-D-0023                   )
          T.O. N40080-22-F-4789                       )

APPEARANCES FOR THE APPELLANT:          Stephen B. Hurlbut, Esq.
                                        John M. Neary, Esq.
                                          Akerman LLP
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:         Craig D. Jensen, Esq.
                                          Navy Chief Trial Attorney
                                        Kyle W. Krombach, Esq.
                                          Trial Attorney

ORDER OF DISMISSAL

The Board docketed this appeal on March 26, 2024. By correspondence dated April 24, 2024, prior to appellant filing its complaint, the parties jointly requested that the appeal be dismissed without prejudice. Accordingly, this appeal is dismissed from the Board's docket without prejudice. *See TTF, L.L.C.*, ASBCA No. 58494, 13 BCA ¶ 35,343 at 173,464.

Dated: April 29, 2024

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63865, Appeal of Biscayne Contractors, Inc., rendered in conformance with the Board's Charter.

Dated: April 29, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals